RICHARD J. IDELL, ESQ., # 069033
ELIZABETH J. REST, ESQ., # 244756
ROSACLAIRE BAISINGER, ESQ., # 240038
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff Regal Capital Incorporated,
a California corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC.<br><br>                    Plaintiff,<br><br>          vs.<br><br>KARAOKE DISCOUNT CENTER, a California corporation; KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER; KARAOKE OUTLET, INCORPORATED, a California corporation and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.:  C 08-04498 SI<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION REQUESTING LIFTING OF SEAL OF FILE**<br><br>**DOCUMENT FILED UNDER SEAL**<br><br>**NOT TO APPEAR ON PUBLIC DOCKET**<br><br>**(PURSUANT TO SEALING ORDER DATED SEPTEMBER 25, 2008)** |

        The Court having considered Plaintiff's <u>Ex Parte</u> Application for Order unsealing the file, and good cause appearing therefore,

        IT IS HEREBY ORDERED that this action is no longer sealed and that the Clerk is directed to unseal the file and allow for electronic filing of any future documents in this matter.

Date:  10/20/08                    _____

                                   Honorable Judge Susan Illston, District Court Judge

[PROPOSED] ORDER FOR EX PARTE APPLICATION REQUESTING LIFTING OF SEAL OF FILE