1 | RICHARD J. IDELL, ESQ., # 069033
2 | ELIZABETH J. REST, ESQ., # 244756
  | ROSACLAIRE BAISINGER, ESQ., # 240038
3 | IDELL & SEITEL LLP
  | 465 California Street, Suite 300
4 | San Francisco, CA 94104
  | Telephone: (415) 986-2400
5 | Facsimile: (415) 392-9259
6 |
  | Attorneys for Plaintiff Regal Capital Incorporated,
7 | a California corporation

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | REGAL CAPITAL INCORPORATED, a | Case No.: C 08-04498 SI
   | California corporation, also doing business as |
11 | REGAL HOME ENTERTAINMENT, INC. | **[PROPOSED] AMENDED PRELIMINARY**
12 | | **INJUNCTION**
   | Plaintiff, |
13 | vs. |
14 | | **Date:** October 20, 2008
   | KARAOKE DISCOUNT CENTER, a California | **Time:** 10:00 a.m.
15 | corporation; KARAOKE DISCOUNT CENTER | **Courtroom:** 10
   | II, INCORPORATED, a California corporation, |
16 | doing business as TPD DISCOUNT CENTER; | The Honorable Judge Susan Illston
   | KARAOKE OUTLET, INCORPORATED, a |
17 | California corporation and DOES 1 through 100, |
18 | inclusive, |
19 | Defendants. |

20 | The above-captioned matter came on for hearing on October 20, 2008, at 10:00 a.m. before the

21 | Honorable Judge Susan Illston, pursuant to a Temporary Restraining Order, Seizure Order and Order

22 | to Show Cause Re: Preliminary Injunction issued on October 2, 2008 ("Order").  Richard J. Idell of

23 | Idell & Seitel LLP appeared on behalf of Plaintiff REGAL CAPITAL INCORPORATED, a California

24 | corporation, also doing business as REGAL HOME ENTERTAINMENT, INC. ("Plaintiff"), *no one*

25 | appeared on behalf of Defendant KARAOKE DISCOUNT CENTER, a California corporation

26 | ("KARAOKE DISCOUNT"), *no one*  appeared on behalf of Defendant KARAOKE DISCOUNT

27 | CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT

28 | CENTER ("KARAOKE DISCOUNT II"), and *no one* appeared on behalf of Defendant KARAOKE

1  OUTLET, INCORPORATED, a California corporation ("KARAOKE OUTLET").

2       Pursuant to the Order, Defendants KARAOKE DISCOUNT, KARAOKE DISCOUNT II and

3  KARAOKE OUTLET (collectively referred to herein as "Defendants"), were to show cause and file

4  answering papers to the Order to Show Cause Re: Preliminary Injunction no later than October 20,

5  2008.

6       The Court, having reviewed the moving papers and Plaintiff's Supplemental Brief and Report

7  on Seizure and accompanying Declarations, and having determined that the Defendants have been

8  properly served with process in the above-entitled action, and having determined that the Plaintiff has

9  shown probable success on the merits and irreparable harm if this Order does not issue, and GOOD

10  CAUSE APPEARING THEREFOR:

11       IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

12       (a)    During the pendency of this action, Defendants KARAOKE DISCOUNT CENTER, a

13  California corporation; KARAOKE DISCOUNT CENTER II, INCORPORATED, a California

14  corporation, doing business as TPD DISCOUNT CENTER; KARAOKE OUTLET,

15  INCORPORATED, a California corporation and DOES 1 through 100, inclusive, and each of their

16  parent, subsidiary, affiliated and related business entities, and all of the officers, directors,

17  shareholders, members, partners, agents, representatives, servants, confederates, employees, attorneys,

18  successors and assigns of the foregoing, and any and all persons acting in concert or participation with

19  them, and any other persons acting for, with, by, through or under them, who receive actual notice of

20  this Preliminary Injunction, during the pendency of this action and until further order of this Court, are

21  hereby enjoined and restrained from the following:

22       (i)    Importing, making, manufacturing, copying, marketing, distributing, selling, offering

23            for sale, renting, leasing and/or otherwise trafficking, including but not limited to over

24            the Internet, ("Trafficking") in Unauthorized Copies of audio-visual content and/or

25            products the copyrights to which are owned or licensed by Plaintiff, whether

26            heretofore released or to be released after date of this Order, (hereinafter collectively

27            referred to as "Plaintiff's Exclusive Copyrighted Programs"), including but not

28            limited to those programs listed on the Exhibit "A" to the Verified Complaint. The

term "Unauthorized Copy" means a copy of Plaintiff's Exclusive Copyrighted Programs which was not authorized and sold by Plaintiff or through Plaintiff's chain of distribution, and includes, but is not limited to, counterfeit copies and/or imports in violation of Plaintiff's exclusive copyright licenses or other interests.

(ii)  Directly or indirectly infringing the copyrights of Plaintiff in any manner, and from causing, contributing to, or participating in the unauthorized importation, duplication, manufacture, distribution or sale of Plaintiff's Exclusive Copyrighted Programs, and from offering for rent or sale, renting, selling, or otherwise distributing any Unauthorized Copies of Plaintiff's Exclusive Copyrighted Programs, including but not limited to the program titles listed on Exhibit "A" to the Verified Complaint herein, which exhibits are hereby incorporated by reference, and attached hereto as Exhibit "A";

(iii)  Directly or indirectly using Plaintiff's trademarks, trade names or service marks, including the marks listed in the Verified Complaint as follows: (1) a unique and inherently distinctive mark consisting of a stylized "R," with a crown on top, which is referred to herein as "the Regal Mark," Reg. No. 1,476,660 on the Principal Register of the United States Patent and Trademark Office; (2) a unique and inherently distinctive service mark for "Regal Home Entertainment," Reg. No. 1,797,599 on the Principal Register of the United States Patent and Trademark Office; and (3) a unique and inherently distinctive mark for "Regal Home Video."

(iv)  Shipping, delivering, holding for sale, distributing, returning, transferring, or otherwise moving or disposing of in any manner videotapes, VCDs, DVDs, laser discs, or other infringing items containing Plaintiff's Exclusive Copyrighted Programs, or bearing Plaintiff's trademarks, or any reproduction, counterfeit, copy, or colorable imitation of the same;

(v)  Shipping, delivering, holding for sale, distributing, returning, transferring, or otherwise moving or disposing of in any manner any and all boxes, labels, or other merchandise and items, including, but not limited to, recording and duplicating equipment, used in

the manufacture and/or distribution of such infringing merchandise; and

(vi) Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (v); and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

(b) Defendants, and each of them, are required to deliver to Plaintiff's counsel forthwith any and all such infringing merchandise in their possession, custody, or control for impoundment; and

(c) Defendants, and each of them, are required to deliver to Plaintiff's counsel forthwith any and all videotapes, VCDs, DVDs, boxes, labels, or other merchandise and items, including, but not limited to, recording and duplicating equipment, used in the manufacture and/or distribution of such infringing merchandise.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Court confirms the seizures made pursuant to this Court's order and during the pendency of this action all articles seized, including, but not limited to, any videotapes, VCDs, DVDs, laser discs, or other infringing articles, boxes, labels, and other infringing merchandise, including, but not limited to, recording and duplicating equipment, used in the manufacture and/or distribution of such infringing merchandise, and shall remain in the custody of Plaintiff's counsel, as substitute custodian.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the bond, which has been filed by the Plaintiffs in the amount of Five Thousand Dollars ($5,000.00), shall remain the bond on this Preliminary Injunction.

**IT IS SO ORDERED.**

Date: _____, 2008

_____
Honorable Susan Illston, District Court Judge

RESPECTFULLY SUBMITTED BY:

Dated: October 21, 2008                    IDELL & SEITEL LLP

_____
Richard J. Idell
Elizabeth J. Rest
Rosaclaire Baisinger
Attorneys for Plaintiff

4

Exhibit "A"

TITLE LIST OF REGAL COPYRIGHTED PROGRAMS

| Movie Title | Copyright PA # |
|---|---|
| Aangkinin Ko Ang Lahat | PA 903-003 |
| Abuso, Case No. 6433 | PA 868-824 |
| Aishite Imasu | PA 1-276-577 |
| Akala Ko Ikaw Ay Akin | PA 986-216 |
| Akin Ang Puri | PA 822-877 |
| Akin Ka Lamang | PA 987--328 |
| Ako Ba Ang Nasa Puso Mo? | PA 858-469 |
| Ako Legal Wife | PA 1-309-978 |
| Alindog Ng Lahi | PA 986-219 |
| Alyas Big Time | PA 949-044 |
| Anak Ng Dilim | PA 941-914 |
| Ang Boyfriend Kong Pari | PA 991-056 |
| Ang Dalubhasa | PA 986-220 |
| Ang Joker At Ang Pistolero | PA 946-553 |
| Ang Pinaka Mahabang Baba Sa Balat Ng Lupa | PA 867-338 |
| Anghel De La Guardia | PA 1-012-466 |
| Animal | PA 1-238-225 |
| Ano Bang Meron Ka? | PA 1-194-537 |
| Apoy Sa Dibdib Ng Samar | PA 1-349-094 |
| Araw-Araw, Gabi-Gabi | PA 75-505 |
| Ayos Na Ang Kasunod | PA 1-012-464 |
| Babae Sa Bintana | PA 948-538 |
| Babae Sa Bubungang Lata | PA 765-454 |
| Babae Sa Dalampasigan | PA 891-019 |
| Baby Love | PA 722-762 |
| Bahay Kubo | pending |
| Bahay Ni Lola | PA 1-194-534 |
| Bahay Ni Lola 2 | PA 1-288-216 |
| Bahid | PA 1-194-366 |
| Bala Para Sa Katarungan | PA 987-335 |
| Balawis | PA 822-869 |
| Baliktaran | PA 1-000479 |
| Banal | pending |
| Banatan | PA 950-725 |
| Bandido | PA 881-529 |
| Bangis | PA 772-140 |
| Baril Sa Baril | PA 920-343 |
| Baryoke | PA 1-343-462 |
| Batang Bangketa | pending |
| Batang Pro | PA 967-007 |
| Batas Ko Ang Katapat Mo | PA 769-097 |
| Batas Ng Lansangan | PA 1-194-538 |
| Bawal | PA 98-973 |
| Bayolente | PA 986-221 |
| Beautiful Life | PA 1-251-832 |
| Bench Understatement | PA 1- 255-108 |

TITLE LIST OF REGAL COPYRIGHTED PROGRAMS

| | |
|---|---|
| Best Friends | PA 769-064 |
| Binibining K | PA 1-352-402 |
| Birhen Ng Manaoag | PA 1-288-217 |
| Boy Gising | PA 792-736 |
| Buhawi Jack | PA 920-348 |
| Burger Boys | PA 984-368 |
| Casaverde | PA 931-900 |
| Cobra | PA 866-546 |
| Codename: Bomba | PA 901-276 |
| Costales | PA 751-614 |
| Curacha | PA 903-006 |
| Da Best In Da West 2 | PA 839-601 |
| Dahas | PA 782-215 |
| Dalagang Dagat | PA 967-004 |
| Dalaginding | PA 1-201-592 |
| Daniel Eskultor | PA 1-836-653 |
| Delia Maga (Jesus, Pray for Us!) | PA 722-772 |
| Desperadas | pending |
| Di Ko Kayang Tanggapin | PA 987-326 |
| Diliryo | PA 874-354 |
| Diskarte | PA 1-194-536 |
| Dumating Ka Lang Ba Para Umalis | PA 987-331 |
| Duwelo | PA 807-547 |
| El Kapitan, Dugo Ng Birhen | PA 987-333 |
| Emong Salvacion | PA 836-210 |
| Enteng En Mokong | PA 903-002 |
| Escobar | PA 699-260 |
| Esperanza | PA 1-005-502 |
| Eternity | PA 1-343-887 |
| Faces of Love | PA 1-597-202 |
| Fidel Jimenez, Magkakasubukan | PA 994-337 |
| Forever My Love | PA 1-265-301 |
| G.R.O. | PA 991-054 |
| Gagamboy | PA 1-219-389 |
| Gagawin Ko Ang Lahat | PA 949-046 |
| Gamu-gamong Dagat | PA 989-974 |
| Ganito Ako Magmahal | PA 991-057 |
| Garapal | PA 1-012-461 |
| Gatilyo | PA 967-509 |
| Gigil | PA 1-343-460 |
| Ging Gang Gooley Giddyap, I Love You Daddy | VA 647-007 |
| Go Johnny Go | PA 868-963 |
| Hangga't Kaya Kong Lumaban | PA 977-431 |
| Happily Ever After | PA 1-304-646 |
| Happy Hearts | PA 1-390-331 |
| Haragan | PA 877-627 |
| Hari Ng Sablay | PA 1-309-974 |
| Hatiin Natin Ang Ligaya | PA 1-000-476 |
| Hayop Sa Porma | PA 1-288-215 |
| Hey Babe | PA 984-369 |
| Hide & Seek | PA 1-597-106 |
| Higit Pa Sa Buhay Ko | PA 984-365 |

THE LIST OF REGAL COPYRIGHTED PROGRAMS

| | |
|---|---|
| Hilig Ng Katawan | PA 977-429 |
| Hinahanap-Hanap Kita | PA 946-555 |
| Hindi Magbabago | PA 736-467 |
| Hipag | PA 977-433 |
| Hiram | PA 1-207-170 |
| Homecoming | PA 1-304-642 |
| Hubad Sa Ilalim Ng Buwan | PA 994-343 |
| Hubog | PA 1-194-535 |
| Huling Sagupaan | PA 822-876 |
| Huling Sayaw | PA 868-962 |
| Huwag Mo Nang Itanong | PA 848-674 |
| Huwag Na Huwag Kang Lalapit Darling | PA 924-618 |
| Huwag Po Huwag Po | PA 1-001-304 |
| I Think I'm In Love | PA 1-194-533 |
| I Will Always Love You | PA 1-318-407 |
| I Will Survive | PA 1-238-223 |
| Ibibigay Ko Ang Lahat | PA 967-456 |
| Ibulong Mo Sa Diyos | PA 870-797 |
| Ikaw Lang Ang Mamahalin (Camiguin) | PA 701-900 |
| Ikaw Pa, Eh Love Kita | PA 708-184 |
| Impakto | PA 791-305 |
| Init Ng Laman | PA 946-552 |
| Init Sa Tag-ulan | PA 827-223 |
| Ispiritista | PA 1-296-575 |
| Istokwa | PA 820-740 |
| Jacob | PA 850-691 |
| Junior Quiapo | PA 788-706 |
| Kahit Harangan Ng Bala | PA 758-684 |
| Kahit Hindi Turuan Ang Puso | PA 949-051 |
| Kahit Kailan | PA 836-212 |
| Kahit Mabuhay Kang Muli | PA 915-935 |
| Kahit Minsan Lang | PA 913-740 |
| Kahit Pader Gigibain Ko | PA 891-020 |
| Kailanman | PA 772-139 |
| Kalabit | PA 1-201-590 |
| Kamay Ni Eva | PA 788-710 |
| Kanang Kamay | PA 950-730 |
| Kapag Kumulo Ang Dugo | PA 991-055 |
| Kapag Tumibok Ang Puso | PA 1-373-103 |
| Kargado | PA 920-345 |
| Karibal | PA 1-238-224 |
| Kasangga Mo Ako Hanggang Sa Huling Laban | PA 871-636 |
| Katrina Halili's Fantasies | PA 1-351-170 |
| Kerida | PA 1-207-171 |
| Kirot Sa Puso | PA 913-742 |
| Kriminal Ng Baryo Concepcion | PA 465-456 |
| Kulayan Natin Ang Bukas | PA 903-004 |
| Kung Alam Mo Lang | PA 812-041 |
| Kung Marunong Kang Magdasal, Umpisahan Mo Na | PA 827-224 |
| Kuya | PA 1-216-907 |
| Lagot Ka Sa Kuya Ko | PA 1-332-573 |
| Lamat | PA 1-304-648 |

TITLE LIST OF REGAL COPYRIGHTED PROGRAMS

| | |
|---|---|
| Langit Sa Piling Mo | PA 850-433 |
| Let The Love Begin | PA 1-340-880 |
| Ligaw Liham | PA 1-592-665 |
| Ligaw Na Bala | PA 848-675 |
| Lipstik | PA 1-309-977 |
| Live Show | PA 1-194-532 |
| Lovestruck | PA 1-303-025 |
| Luksong Tinik | PA 788-707 |
| Magagandang Hayop | PA 984-367 |
| Magkaagaw | PA 967-457 |
| Mahal Kita Walang Iwanan | PA 987-334 |
| Mainit Na Bala | PA 924-548 |
| Makamandag Na Bala | PA 1-001-305 |
| Mama Dito Sa Aking Puso | PA 860-307 |
| Manananggal In Manila | PA 839-596 |
| Manay Po | PA 1-349-093 |
| Manay Po 2 | pending |
| Mano Mano 3 | PA 1-251-831 |
| Mano Po | PA 1-191-052 |
| Mano Po 2 | PA 1-219-388 |
| Mano Po 3 | PA 1-276-582 |
| Mano Po 5 | PA 1-368-665 |
| Mapusok | PA 984-366 |
| Markado | PA 966-993 |
| Masikip Masakit Mahapdi | PA 989-976 |
| Matang Agila | PA 836-652 |
| Medrano | PA 822-875 |
| Message Sent | PA 1-217-899 |
| Metlogs | pending |
| Mga Batang Bangketa | PA 1-341-065 |
| Minsan Ko Lang Sasabihin | PA 1-012-465 |
| Minsan Lamang Magmamahal | PA 851-387 |
| Minsan May Isang Puso | PA 1-194-531 |
| Minsan, Minahal Kita | PA 987-329 |
| Mister Mo, Lover Ko | PA 1-000-481 |
| Most Wanted | PA 1-012-830 |
| Mulawin | PA 1-318-406 |
| My Bestfriend's Girlfriend | pending |
| My Kuya's Wedding | pending |
| Nadine Schmidt: Pinoy Sex Video Fantasies | PA 1-315-908 |
| Nag-aapoy Na Laman | PA 994-341 |
| Nag-iinit Na Damdamin | PA 989-975 |
| Naglalayag | PA 1-264-311 |
| Nakaw Na Sandali | PA 862-893 |
| Nakawin Mo Ang Aking Puso | PA 850-692 |
| Nanggigigil Ako Sa Iyong…Kagandahan | PA 913-741 |
| Nasaan Ang Puso | PA 879-246 |
| Nasaan Ka Nang Kailangan Kita | PA 826-542 |
| Nikilado | PA 788-711 |
| No Read, No Write… Pero Wais! | PA 881-504 |
| Okey Ka Pare Ko | PA 1-304-647 |
| Once In A Blue Moon | PA 1-332-574 |

1. LE LIST OF REGAL COPYRIGHTED PROGRAMS

| | |
|---|---|
| Paano Kung Wala Ka Na | PA 847-565 |
| Pahiram Kahit Sandali | PA 924-545 |
| Pakisabi Na Lang Mahal Ko Siya | PA 1-194-539 |
| Pakners | PA 1-207-169 |
| Pakners | PA 848-673 |
| Palaban | PA 1-001-303 |
| Pamahiin | PA 1-341-064 |
| Pangarap Ng Puso | PA 1-012-467 |
| Pares-Pares Trip Ng Puso | PA 931-902 |
| Pasasabugin Ko Ang Mundo | PA 1-012-462 |
| Pa-Siyam | PA 1-304-645 |
| Pedrong Palad | PA 1-000-477 |
| Pempe Ni Sara At Pen | PA 699-262 |
| Pepeng Agimat | PA 986-218 |
| Pera O Bayong | PA 1-012-463 |
| Phone Sex | PA 967-512 |
| Pila Balde | PA 967-458 |
| Prosti | PA 1-207-570 |
| Pulis Probinsya 2 | PA 769-061 |
| Raket Ni Nanay | pending |
| Rampadora | PA 1-199-525 |
| Red Diaries | PA 1-294-530 |
| Rekados | pending |
| Rollerboys | PA 722-917 |
| Romano Sagrado | PA 676-191 |
| Rome & Juliet | pending |
| Sa Kabilugan Ng Buwan | PA 925-189 |
| Sa Kamay Ng Batas | PA 793-601 |
| Sa Ngalan Ng Pag-Ibig | PA 751-605 |
| Sa Paraiso Ni Efren | PA 991-053 |
| Sa Piling Ng Aswang | PA 986-214 |
| Sa Piling Ng Iba | PA 987-325 |
| Sa Piling Ng Mga Belyas | PA 1-201-595 |
| Sa 'Yo Lamang | PA 703-872 |
| Saan Nagtatago Si Happiness | pending |
| Sabado Ng Gabi, Linggo Ng Umaga | PA 967-005 |
| Sabel | PA 1-233-178 |
| Sagad Sa Init | PA 920-346 |
| Sagot Ko Ang Buhay Mo | PA 1-000-478 |
| Saksi Driver | PA 1-309-813 |
| Salawahang Damdamin | PA 920-347 |
| Sambahin Ang Ngalan Mo | PA 756-518 |
| Sana…Pag-Ibig Na | PA 765-457 |
| Sanib | PA 1-201-727 |
| Sarraza | PA 872-237 |
| Say That You Love Me | PA 1-304-643 |
| Selda 14 | PA 950-734 |
| Seroks | pending |
| Seth Corteza | PA 796-933 |
| Seventeen… So Kaka! | PA 977-432 |
| Sex Scandal | PA 1-199-518 |
| Sgt. Larry Layar | PA 946-550 |

T...E LIST OF REGAL COPYRIGHTED PROGRAMS

| | |
|---|---|
| Shake Rattle & Roll 5 | PA 736-457 |
| Shake Rattle & Roll 6 | PA 848-676 |
| Shake Rattle & Roll 9 | pending |
| Shake, Rattle & Roll 2K5 | PA 1-318-408 |
| Shake, Rattle & Roll 8 | PA 1-368-654 |
| Shame | PA 987-327 |
| Sigaw | PA 1-279-214 |
| Sige, Subukan Mo | PA 913-739 |
| Singles | PA 1-238-226 |
| Sisa | PA 949-042 |
| Sizzling Sex Scenes 1 | pending |
| Sizzling Sex Scenes 2 | PA 1-312-217 |
| Sizzling Sex Scenes 3 | PA 1-341-062 |
| So Happy Together | PA 1-275-624 |
| Super Noypi | PA 1-370-674 |
| Super Ranger Kids | PA 867-337 |
| Suspek | PA 984-364 |
| Tagos Sa Laman | PA 782-216 |
| Taguan | PA 791-306 |
| Talamak | PA 1-288-184 |
| Tar-san | PA 987-332 |
| Tatapatan Ko Ang Lakas Mo | PA 948-541 |
| Tatlong Kasalanan | PA 788-709 |
| Terrorist Hunter | PA 1-341-063 |
| Testigo | PA 1-012-460 |
| The Marita Gonzaga Story | PA 782-226 |
| The Promise | PA 1-385-414 |
| Tiyanaks | PA 1-589-601 |
| Tugatog | PA 1-001-306 |
| Tunay Na Mahal | PA 1-000-480 |
| TXT | PA 1-366-903 |
| U Belt | PA 1-219-439 |
| Uno | PA 1-340-879 |
| Vampira | VAU 314-182 |
| Walang Katumbas Ang Dugo | PA 915-930 |
| Wang Wang (Buhay Bombero) | PA 871-638 |
| Weder Weder | PA 989-977 |
| White Lady | PA 1-369-968 |
| Wow, Multo! | PA 839-602 |
| Xerex | PA 1-199-288 |
| Yamashita | PA 1-201-753 |
| Yes, Darling | PA 841-249 |
| Zsa Zsa Zaturnnah | PA 1-376-186 |

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On October 21, 2008, I served the following document(s):

## [PROPOSED] AMENDED PRELIMINARY INJUNCTION

☒　by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

KARAOKE OUTLET
Attn: Phillip Sing Lam
707 East March Lane, Unit 6
Stockton, California, 94207

KARAOKE DISCOUNT CENTER I
Attn: Howard Kien B. Oum
1419 24th Avenue
San Francisco, CA 94122

KARAOKE DISCOUNT CENTER II,
INCORPORATED, doing business as TPD
DISCOUNT CENTER
Attn: Phuong Toan Nguyen
6291 Jarvis Ave.
Newark, California, 94560

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Beth McFarland