```
1  RICHARD J. IDELL, ESQ., # 069033
   ELIZABETH J. REST, ESQ., # 244756
2  ROSACLAIRE BAISINGER, ESQ., # 240038
3  IDELL & SEITEL LLP
   465 California Street, Suite 300
4  San Francisco, CA 94104
   Telephone: (415) 986-2400
5  Facsimile: (415) 392-9259
6
   Attorneys for Plaintiff Regal Capital Incorporated,
7  a California corporation
```

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC.<br><br>Plaintiff,<br>vs.<br><br>KARAOKE DISCOUNT CENTER, a California corporation; KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER; KARAOKE OUTLET, INCORPORATED, a California corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 08-04498 SI<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER |

This stipulation ("Stipulation") is entered into by and between, Plaintiff, REGAL CAPITAL INCORPORATED, in the above matter ("Plaintiff"), on the one hand, and KARAOKE DISCOUNT CENTER, KARAOKE DISCOUNT CENTER II, INCORPORATED, KARAOKE OUTLET, INCORPORATED, all defendants in the above matter ("Defendants"), on the other hand.

WHEREAS, the complaint and summons were served on October 14, 2008, and

WHEREAS, the response of Defendants was due 20 days after service, and

WHEREAS, Defendants have requested an extension to Monday, November 10, 2008, to file answers,

---

1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

NOW THEREFORE, the parties do agree as follows:

1. Plaintiff grants Defendants an extension of time to Monday, November 10, 2008, to file and answer the above matter.

2. This stipulation will be filed with the court for an order thereon.

Dated: November 7, 2008         IDELL & SEITEL LLP

_____
Richard J. Idell
Elizabeth J. Rest
Rosaclaire Baisinger
Attorneys for Plaintiff
REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC.

Dated: November 7, 2008         VU.S.A. LAW OFFICES

_____
Michael Vu
Attorneys for Defendants
KARAOKE DISCOUNT CENTER, a California corporation; KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER; KARAOKE OUTLET, INCORPORATED, a California corporation

ORDER ON STIPULATION

The stipulation of the parties having come before the court and good cause appearing therefore, it is hereby ordered that Defendants, KARAOKE DISCOUNT CENTER, KARAOKE DISCOUNT CENTER II, INCORPORATED and KARAOKE OUTLET, INCORPORATED shall have to and including November 10, 2008, to file an answer to the complaint in the above matter.

Dated: November ___, 2008

_____
HONORABLE SUSAN ILLSTON, UNITED STATES DISTRICT COURT JUDGE

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On November 7, 2008, I served the following document(s):

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☐ by **E-MAIL TRANSMISSION**, by electronically transmitting a true and correct copy of the document(s) in Adobe Acrobat format to the electronic mail addresses indicated below:

☐ by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

☐ by **FACSIMILE TRANSMISSION**, by placing a true and correct copy of the document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted below. The transmission was reported as complete and without error.

☐ by **PERSONAL DELIVERY**, by personally delivering a true and correct copy to the address noted below:

Michael Vu
VU.S.A. Law Offices
142 E. Mission Street
San Jose, CA 95112

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Elise Stieren