| | |
|---|---|
| REGAL CAPITAL, | No. C 08-04498 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| KARAOKE DISCOUNT, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>May 1, 2009</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>May 29, 2009</u>.

DESIGNATION OF EXPERTS: <u>4/3/09</u>; REBUTTAL: <u>4/17/09</u>.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>May 29, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>June 5, 2009</u>;

Opp. Due <u>June 19, 2009</u>; Reply Due <u>June 26, 2009</u>;

and set for hearing no later than <u>July 10, 2009</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>August 4, 2009</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>August 17, 2009</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u> 5 </u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Defendant's initial disclosures and certificate of interested parties must be completed by January 26, 2009.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

SUSAN ILLSTON
United States District Judge