1  RICHARD J. IDELL, ESQ., # 069033
2  ELIZABETH J. REST, ESQ., # 244756
   IDELL & SEITEL LLP
3  465 California Street, Suite 300
   San Francisco, CA 94104
4  Telephone: (415) 986-2400
   Facsimile: (415) 392-9259
5

6  Attorneys for Plaintiff REGAL CAPITAL INCORPORATED,
   a California corporation, also doing business as
7  REGAL HOME ENTERTAINMENT, INC.

8

9  MICHAEL CHINH VU, ESQ., SBN 178148
   V.U.S.A. LAW OFFICES, APC
10 142 East Mission Street
   San Jose, CA 95112
11 Telephone: (408) 288-7400
12 Facsimile: (408) 288-7798

13 Attorneys for Defendants KARAOKE DISCOUNT CENTER,
14 KARAOKE DISCOUNT CENTER II, INCORPORATED, and
   KARAOKE OUTLET, INCORPORATED
15

16                          UNITED STATES DISTRICT COURT

17                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC.<br><br>Plaintiff,<br>vs.<br><br>KARAOKE DISCOUNT CENTER, a California corporation; KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER; KARAOKE OUTLET, INCORPORATED, a California corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 08-04498 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Date of CMC:** May 1, 2009<br>**Time:** 2:30 p.m.<br>**Place:** 450 Golden Gate Avenue, 19th Floor San Francisco, CA 94102<br>**Courtroom:** 10<br><br>**Jury Trial:** August 17, 2009<br><br>**Honorable Judge Susan Illston Presiding**<br><br>(E-Filing) |

28 //

---

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

This stipulation is entered into by and between Plaintiff REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC. (collectively, "Plaintiff"), on the one hand, and KARAOKE DISCOUNT CENTER, a California corporation; KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER; KARAOKE OUTLET, INCORPORATED, a California corporation (when not referred to individually, collectively referred to as "Defendants"), on the other hand.

WHEREAS, on January 16, 2009, the initial Case Management Conference in this matter was held in Courtroom 10 of the above-entitled Court, the Honorable Judge Susan Illston presiding;

WHEREAS, on January 21, 2009, the Court issued a Pretrial Preparation Order setting this matter for further Case Management Conference on May 1, 2009;

WHEREAS, on February 6, 2009, the Court ordered this matter to private mediation;

WHEREAS, on March 5, 2009, the parties participated in private mediation with A. James Isbester, Esq.;

WHEREAS, during the mediation the parties reached a verbal settlement of this matter;

WHEREAS, drafts of the settlement documents have been prepared by Plaintiff and presented to Defendants;

WHEREAS, the parties require additional time to finalize the settlement documents and prepare them for presentation to the Court; and

WHEREAS, in order to complete the settlement of this matter, the parties desire to have the Case Management Conference currently scheduled for May 1, 2009, continued to May 29, 2009, at 3:00 p.m;

NOW THEREFORE, the parties do agree as follows:

1. The Case Management Conference currently scheduled for May 1, 2009, is removed from the Court's calendar;

2. This action is scheduled for further Case Management Conference for May 29, 2009, at 3:00 p.m., in Courtroom 10;

//

3. The parties are required to file a joint case management statement on or before May 22, 2009, seven (7) days in advance of the conference.

4. This stipulation will be filed with the Court for an Order thereon.

STIPULATED:

Dated: APRIL 22, 2009

IDELL & SEITEL LLP

_____
Richard J. Idell
Elizabeth J. Rest
Attorneys for Plaintiff

Dated: April 22, 2009

VU.S.A. Law Offices, APC

_____
Michael Chinh Vu, Esq.
Attorney for Defendants

## [PROPOSED] ORDER ON STIPULATION

The stipulation of the parties having come before the Court and good cause appearing therefore, it is hereby ordered that the Case Management Conference set for May 1, 2009, at 2:30 p.m. is vacated and the case is set for further Case Management Conference on May 29, 2009, at 3:00 p.m. in Department 10. The parties must file a joint case management statement on or before May 22, 2009, seven (7) days in advance of the conference.

Dated: _____, 2009

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On April 22, 2009, I served the following document(s):

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE.

☐ by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☒ by **E-MAIL TRANSMISSION**, by electronically transmitting a true and correct copy of the document(s) in Adobe Acrobat format to the electronic mail addresses indicated below:

☐ by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

☐ by **FACSIMILE TRANSMISSION**, by placing a true and correct copy of the document(s) to be transmitted by facsimile machine to the number indicated after the address(es) noted below. The transmission was reported as complete and without error.

☐ by **PERSONAL DELIVERY**, by personally delivering a true and correct copy to the address noted below:

Michael Vu
VU.S.A. Law Offices
142 E. Mission Street
San Jose, CA 95112
(408) 288-7400
(408) 288-7798 Fax
michaelvu@vusalaw.com

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Amy Reyes