RICHARD J. IDELL, ESQ., # 069033
ELIZABETH J. REST, ESQ., # 244756
IDELL & SEITEL LLP
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff Regal Capital Incorporated,
a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC.<br><br>Plaintiff,<br>vs.<br><br>KARAOKE DISCOUNT CENTER, a California corporation; KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER; KARAOKE OUTLET, INCORPORATED, a California corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: C 08-04498 SI<br><br>**STIPULATED [PROPOSED] FINAL JUDGMENT, CONSENT DECREE AND PERMANENT INJUNCTION AS TO KARAOKE DISCOUNT CENTER, a California corporation; KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER; KARAOKE OUTLET, INCORPORATED, a California corporation**<br><br>The Honorable Judge Susan Illston |

Plaintiff REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC. ("Plaintiff"), having duly commenced this action by filing the Verified Complaint herein and serving Defendants KARAOKE DISCOUNT CENTER, a California corporation ("KARAOKE DISCOUNT"), KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER ("KARAOKE DISCOUNT II"), and KARAOKE OUTLET, INCORPORATED, a California corporation ("KARAOKE OUTLET") (collectively referred to herein as "Defendants"), alleging violations of its rights in connection with its copyrights and trademarks including, but not limited to, the works identified on Exhibit "A" to the Verified Compliant, which Exhibit is hereby incorporated by reference and attached hereto as Exhibit "A", and service of the Verified Complaint having been

made on the Defendants, or, acknowledged by the Defendant's signature to this Final Judgment, Consent Decree and Permanent Injunction ("Final Judgment"), and the Plaintiff, and the said Defendants, having agreed to the entry of this Final Judgment, without a trial, and without the adjudication of any issue of fact or law; and the said Parties having consented to the jurisdiction of the Court and having consented to each and every provision, order and decree of this Final Judgment, and this Final Judgment being the result of a compromise of the above matter and having been stipulated to;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over this action for copyright and trademark infringement and has jurisdiction over the parties to this suit, as named in the Verified Complaint and set forth below in this Final Judgment. This Court retains jurisdiction over this matter for the purposes of any contempt or other enforcement proceeding stemming from any violation of the permanent injunction or any other provision set forth herein.

2. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants KARAOKE DISCOUNT, KARAOKE DISCOUNT II and KARAOKE OUTLET, and their officers, agents, servants, employees, attorneys, or other persons who are in active concert or participation with the foregoing, who receive actual notice of this Final Judgment and permanent injunction, are hereby enjoined and restrained from the following:

    a) Importing, making, manufacturing, copying, marketing, distributing, selling, offering for sale, renting, leasing and/or otherwise trafficking, including but not limited to over the Internet, ("Trafficking") in Unauthorized Copies of audio-visual content and/or products the copyrights to which are owned or licensed by Plaintiff, whether heretofore released or to be released after date of this Order, (hereinafter collectively referred to as "Plaintiff's Exclusive Copyrighted Programs"), including but not limited to those programs listed on the Exhibit "A" to the Verified Complaint. The term "Unauthorized Copy" means a copy of Plaintiff's Exclusive Copyrighted Programs which was not authorized and sold by Plaintiff or through Plaintiff's chain of distribution, and includes, but is not limited to, counterfeit copies and/or imports in violation of

Plaintiff's exclusive copyright licenses or other interests.

b) Directly or indirectly infringing the copyrights of Plaintiff in any manner, and from causing, contributing to, or participating in the unauthorized importation, duplication, manufacture, distribution or sale of Plaintiff's Exclusive Copyrighted Programs, and from offering for rent or sale, renting, selling, or otherwise distributing any Unauthorized Copies of Plaintiff's Exclusive Copyrighted Programs, including but not limited to the program titles listed on Exhibit "A" to the Verified Complaint herein, which exhibits are hereby incorporated by reference, and attached hereto as Exhibit "A";

c) Directly or indirectly using Plaintiff's trademarks, trade names or service marks, including the marks listed in the Verified Complaint as follows: (1) a unique and inherently distinctive mark consisting of a stylized "R," with a crown on top, which is referred to herein as "the Regal Mark," Reg. No. 1,476,660 on the Principal Register of the United States Patent and Trademark Office; (2) a unique and inherently distinctive service mark for "Regal Home Entertainment," Reg. No. 1,797,599 on the Principal Register of the United States Patent and Trademark Office; and (3) a unique and inherently distinctive mark for "Regal Home Video."

d) Shipping, delivering, holding for sale, distributing, returning, transferring, or otherwise moving or disposing of in any manner videotapes, VCDs, DVDs, laser discs, or other infringing items containing Plaintiff's Exclusive Copyrighted Programs, or bearing Plaintiff's trademarks, or any reproduction, counterfeit, copy, or colorable imitation of the same;

e) Shipping, delivering, holding for sale, distributing, returning, transferring, or otherwise moving or disposing of in any manner any and all boxes, labels, or other merchandise and items, including, but not limited to, recording and duplicating equipment, used in the manufacture and/or distribution of such infringing merchandise;

f) Otherwise engaging in any other activity related to Plaintiff's Exclusive Copyrighted Programs in any manner which is likely to cause others to falsely believe that

Defendants' Trafficking in Plaintiff's Exclusive Copyrighted Programs is authorized, approved by, or licensed by Plaintiff;

g) In any manner infringing, contributing to infringement, or participating in the infringement by others, of any of the copyrights in Plaintiff's Exclusive Copyrighted Programs, and from acting in concert with, aiding or abetting others, to infringe any of the said copyrights in any way; and

h) Offering to do any of the acts enjoined in subparagraphs (a) through (g) above, or assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (g); and

3. IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Final Judgment shall be effective as to each of Plaintiff's Exclusive Copyrighted Programs for so long as Plaintiff holds the exclusive rights to or owns a particular program.

4. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that:

a) Defendants shall deliver and forfeit to Plaintiff or Plaintiff's counsel, at no cost to Plaintiff, any and all unauthorized copies of Plaintiff's Exclusive Copyrighted Programs, which are now or later come into the possession, custody or control of Defendants. Moreover, Defendants agree and consent that all infringing product and other items seized pursuant to 17 U.S.C. § 503 and the Seizure Order issued by the Court on October 2, 2008, are forfeited to Plaintiff who may destroy, discard or otherwise dispose of such products and items in Plaintiff's sole discretion. Plaintiff is hereby relieved of its duties under the Seizure Order as substitute custodian of said products and items;

b) Defendants, and each of them, are required to deliver to Plaintiff's counsel forthwith any and all such infringing merchandise in their possession, custody, or control for impoundment; and

c) Defendants, and each of them, are required to deliver to Plaintiff's counsel forthwith any and all videotapes, VCDs, DVDs, boxes, labels, or other merchandise and items, including, but not limited to, recording and duplicating equipment, used in the

manufacture and/or distribution of such infringing merchandise.

d) Defendants, and each of them, shall provide Plaintiff's counsel, in writing, with the name, address, telephone number, facsimile number, email address, website and any and all other contact or identifying information for the person(s), firm(s) or entity(ies) from which Defendants allegedly purchased the unauthorized copies of Plaintiff's Exclusive Copyrighted Programs and will provide all books, records and accounting documents pertaining to all such purchases. During the two (2) years following the entry of this Final Judgment, Defendants will supplement this information with any and all identifying information they receive concerning person(s), firm(s) or entity(ies) trafficking in infringing copies of Plaintiff's Exclusive Copyrighted Programs.

5. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the bond in the amount of Five Thousand Dollars ($5,000.00), previously issued and filed, is hereby exonerated, discharged and released.

6. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that if Plaintiff is required to file any further proceedings to enforce the terms of this Final Judgment, Plaintiff shall be entitled to recover its attorneys' fees and costs in any such proceedings.

7. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction over any subsequent action resulting from any violation of this Final Judgment or the Settlement Agreement entered into contemporaneously herewith.

8. Plaintiff shall recover against Defendants KARAOKE DISCOUNT, KARAOKE DISCOUNT II and KARAOKE OUTLET, and each of them, jointly and severally, the sum of TWO HUNDRED THOUSAND DOLLARS ($200,000.00). However, Plaintiff agrees and covenants not to execute on the monetary aspect of this Judgment so long as the Defendants, and each of them, shall pay to Plaintiff the total sum of FIFTY-FOUR THOUSAND DOLLARS ($54,000.00) as follows:

a) TWENTY THOUSAND DOLLARS ($20,000.00) shall be paid by April 6, 2009;

b) Commencing May 1, 2009, and continuing on the first (1st) of each month for twelve (12) months, Defendants shall pay the sum of TWO THOUSAND, EIGHT HUNDRED AND THIRTY-THREE DOLLARS AND THIRTY-THREE CENTS ($2,833.33) to

Plaintiff until a total of THIRTY-FOUR THOUSAND DOLLARS has been paid.

c) All payment shall be made by cashier's check made payable to Richard J. Idell, Trustee and delivered to:

    i. Idell & Seitel, LLP
       c/o Richard J. Idell
       465 California Street, Suite 300
       San Francisco, CA 94104

d) If any payment is not made when due, Plaintiff shall give written notice of default by email or fax to Michael Vu, Defendants' counsel at: 142 East Mission Street, San Jose, California 95112, and Defendants shall have five (5) business days from the date of such notice to cure the default. If such notice is given, Defendants will be liable for Five Hundred Dollars ($500.00) in attorneys' fees of Plaintiff which shall be added to the sum due to cure such default, and if not paid shall be added to the amount due under this Final Judgment to satisfy the monetary portion of this Final Judgment. If the default is not cured, then the full TWO HUNDRED THOUSAND DOLLARS ($200,000.00) shall be due plus any attorneys' fees and costs for the notice of default and any attorneys' fees and costs incurred in collection.

9. Regal and/or its licensed private investigators shall have the right, up to two (2) times per year for four (4) years from the date this Judgment is entered, or until December 31, 2013, whichever is later, during normal business hours, to inspect, without prior notice, the inventory of Defendants at any place of business owned or controlled, in whole or in part, by Defendants to determine if any such business is engaged in the importation, manufacture, duplication, rental, leasing, marketing, distribution, sale, or other trafficking, of counterfeit, grey market copies, or otherwise unauthorized copies of videocassettes, laser discs, films, videotapes, DVDs, VCDs or any other medium in violation of Regal's copyright ownership or exclusive distribution rights in Plaintiff's Exclusive Copyrighted Programs. Regal's representatives, agents or investigators shall be granted immediate access to those places of business upon request and display of a letter of authorization from Regal's attorneys (with a copy of such letter to be contemporaneously provided to Defendants). Such inspection shall be conducted in a reasonable manner so as to minimize any disruption of Defendants'

business. Regal's inspectors shall be permitted to photograph and confiscate any inventory of unauthorized products found during such inspection, subject to an obligation to provide Defendants with a written receipt for all such confiscated copies, before removing such copies from the business premises. Regal shall have the option, at its election, in the event of future infringement, to move for relief under the Final Judgment to be executed by the Parties and attached as Exhibit "A" hereto, or as a separate action.

10. This Final Judgment is entered without prejudice to Plaintiff filing an action for non-dischargeability in the event that the monetary terms set forth herein are not fully paid and there is a subsequent bankruptcy by any or all of the Defendants.

AGREED AND CONSENTED TO by REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC:

Dated: MAY 21, 2009

REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC

By: RIC LIM
Its: GEN. MANAGER

AGREED AND CONSENTED TO by KARAOKE DISCOUNT CENTER, a California corporation:

Dated: _____

KARAOKE DISCOUNT CENTER, a California corporation

By: _____
Its: _____

AGREED AND CONSENTED TO by KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER:

Dated: _____

KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER

By: _____
Its: _____

business. Regal's inspectors shall be permitted to photograph and confiscate any inventory of unauthorized products found during such inspection, subject to an obligation to provide Defendants with a written receipt for all such confiscated copies, before removing such copies from the business premises. Regal shall have the option, at its election, in the event of future infringement, to move for relief under the Final Judgment to be executed by the Parties and attached as Exhibit "A" hereto, or as a separate action.

10. This Final Judgment is entered without prejudice to Plaintiff filing an action for non-dischargeability in the event that the monetary terms set forth herein are not fully paid and there is a subsequent bankruptcy by any or all of the Defendants.

AGREED AND CONSENTED TO by REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC:

Dated: _____

REGAL CAPITAL INCORPORATED, a California corporation, also doing business as REGAL HOME ENTERTAINMENT, INC

By: _____
Its: _____

AGREED AND CONSENTED TO by KARAOKE DISCOUNT CENTER, a California corporation:

Dated: 5/7/09

KARAOKE DISCOUNT CENTER, a California corporation

By: Hanson Dunn
Its: President

AGREED AND CONSENTED TO by KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER:

Dated: 6/12/09

KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER

By: MINH TUAN LY
Its: PRESIDENT

7

[PROPOSED] FINAL JUDGMENT, CONSENT DECREE AND PERMANENT INJUNCTION

AGREED AND CONSENTED TO by KARAOKE OUTLET, INCORPORATED, a California corporation:

Dated: 5/7/09

KARAOKE OUTLET, INCORPORATED, a California corporation

By: *[signature]*
Its: President

APPROVED AS TO FORM BY COUNSEL FOR PLAINTIFF:

Dated: 6-16-09

IDELL & SEITEL LLP

*[signature]*
Richard J. Idell
Attorney for Plaintiff

APPROVED AS TO FORM BY COUNSEL FOR DEFENDANTS:

Dated: 6/12/09

VU.S.A. LAW OFFICES, APC

*[signature]*
Michael Chinh Vu
Attorney for Defendants

**IT IS SO ORDERED.**

Date: 6/17, 2009

*[signature]*
Honorable Susan Illston, District Court Judge

---

8

[PROPOSED] FINAL JUDGMENT, CONSENT DECREE AND PERMANENT INJUNCTION

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel, LLP 465 California Street, Suite 300, San Francisco, California 94104.

On June 17, 2009, I served the following document(s):

STIPULATED [PROPOSED] FINAL JUDGMENT, CONSENT DECREE AND PERMANENT INJUNCTION AS TO KARAOKE DISCOUNT CENTER, a California corporation; KARAOKE DISCOUNT CENTER II, INCORPORATED, a California corporation, doing business as TPD DISCOUNT CENTER; KARAOKE OUTLET, INCORPORATED, a California corporation.

☒  by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☐  by **E-MAIL TRANSMISSION**, by electronically transmitting a true and correct copy of the document(s) in Adobe Acrobat format to the electronic mail addresses indicated below:

☐  by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Idell & Seitel LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery.

☐  by **FACSIMILE TRANSMISSION**, by placing a true and correct copy of the document(s) to be transmitted by facsimile machine to the number indicated after the address(s) noted below. The transmission was reported as complete and without error.

Michael Vu
VU.S.A. Law Offices
142 E. Mission Street
San Jose, CA 95112
(408) 288-7400
(408) 288-7798 Fax
michaelvu@vusalaw.com

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I executed this declaration at San Francisco, California.

_____
Amy Reyes

PROOF OF SERVICE

EXHIBIT "A"

TITLE LIST OF REGAL COPYRIGHTED PROGRAMS

| Movie Title | Copyright PA # |
|---|---|
| Aangkinin Ko Ang Lahat | PA 903-003 |
| Abuso, Case No. 6433 | PA 868-824 |
| Aishite Imasu | PA 1-276-577 |
| Akala Ko Ikaw Ay Akin | PA 986-216 |
| Akin Ang Puri | PA 822-877 |
| Akin Ka Lamang | PA 987-328 |
| Ako Ba Ang Nasa Puso Mo? | PA 858-469 |
| Ako Legal Wife | PA 1-309-978 |
| Alindog Ng Lahi | PA 986-219 |
| Alyas Big Time | PA 949-044 |
| Anak Ng Dilim | PA 941-914 |
| Ang Boyfriend Kong Pari | PA 991-056 |
| Ang Dalubhasa | PA 986-220 |
| Ang Joker At Ang Pistolero | PA 946-553 |
| Ang Pinaka Mahabang Baba Sa Balat Ng Lupa | PA 867-338 |
| Anghel De La Guardia | PA 1-012-466 |
| Animal | PA 1-238-225 |
| Ano Bang Meron Ka? | PA 1-194-537 |
| Apoy Sa Dibdib Ng Samar | PA 1-349-094 |
| Araw-Araw, Gabi-Gabi | PA 75-505 |
| Ayos Na Ang Kasunod | PA 1-012-464 |
| Babae Sa Bintana | PA 948-538 |
| Babae Sa Bubungang Lata | PA 765-454 |
| Babae Sa Dalampasigan | PA 891-019 |
| Baby Love | PA 722-762 |
| Bahay Kubo | pending |
| Bahay Ni Lola | PA 1-194-534 |
| Bahay Ni Lola 2 | PA 1-288-216 |
| Bahid | PA 1-194-366 |
| Bala Para Sa Katarungan | PA 987-335 |
| Balawis | PA 822-869 |
| Baliktaran | PA 1-000479 |
| Banal | pending |
| Banatan | PA 950-725 |
| Bandido | PA 881-529 |
| Bangis | PA 772-140 |
| Baril Sa Baril | PA 920-343 |
| Baryoke | PA 1-343-462 |
| Batang Bangketa | pending |
| Batang Pro | PA 967-007 |
| Batas Ko Ang Katapat Mo | PA 769-097 |
| Batas Ng Lansangan | PA 1-194-538 |
| Bawal | PA 98-973 |
| Bayolente | PA 986-221 |
| Beautiful Life | PA 1-251-832 |
| Bench Understatement | PA 1-255-108 |

TITLE LIST OF REGAL COPYRIGHTED PROGRAMS

| Title | Reg. No. |
|---|---|
| Best Friends | PA 769-064 |
| Binibining K | PA 1-352-402 |
| Birhen Ng Manaoag | PA 1-288-217 |
| Boy Gising | PA 792-736 |
| Buhawi Jack | PA 920-348 |
| Burger Boys | PA 984-368 |
| Casaverde | PA 931-900 |
| Cobra | PA 866-546 |
| Codename: Bomba | PA 901-276 |
| Costales | PA 751-614 |
| Curacha | PA 903-006 |
| Da Best In Da West 2 | PA 839-601 |
| Dahas | PA 782-215 |
| Dalagang Dagat | PA 967-004 |
| Dalaginding | PA 1-201-592 |
| Daniel Eskultor | PA 1-836-653 |
| Delia Maga (Jesus, Pray for Us!) | PA 722-772 |
| Desperadas | pending |
| Di Ko Kayang Tanggapin | PA 987-326 |
| Diliryo | PA 874-354 |
| Diskarte | PA 1-194-536 |
| Dumating Ka Lang Ba Para Umalis | PA 987-331 |
| Duwelo | PA 807-547 |
| El Kapitan, Dugo Ng Birhen | PA 987-333 |
| Emong Salvacion | PA 836-210 |
| Enteng En Mokong | PA 903-002 |
| Escobar | PA 699-260 |
| Esperanza | PA 1-005-502 |
| Eternity | PA 1-343-887 |
| Faces of Love | PA 1-597-202 |
| Fidel Jimenez, Magkakasubukan | PA 994-337 |
| Forever My Love | PA 1-265-301 |
| G.R.O. | PA 991-054 |
| Gagamboy | PA 1-219-389 |
| Gagawin Ko Ang Lahat | PA 949-046 |
| Gamu-gamong Dagat | PA 989-974 |
| Ganito Ako Magmahal | PA 991-057 |
| Garapal | PA 1-012-461 |
| Gatilyo | PA 967-509 |
| Gigil | PA 1-343-460 |
| Ging Gang Gooley Giddyap, I Love You Daddy | VA 647-007 |
| Go Johnny Go | PA 868-963 |
| Hangga't Kaya Kong Lumaban | PA 977-431 |
| Happily Ever After | PA 1-304-646 |
| Happy Hearts | PA 1-390-331 |
| Haragan | PA 877-627 |
| Hari Ng Sablay | PA 1-309-974 |
| Hatiin Natin Ang Ligaya | PA 1-000-476 |
| Hayop Sa Porma | PA 1-288-215 |
| Hey Babe | PA 984-369 |
| Hide & Seek | PA 1-597-106 |
| Higit Pa Sa Buhay Ko | PA 984-365 |

# T.  .E LIST OF REGAL COPYRIGHTED PROGRAMS

| | |
|---|---|
| Hilig Ng Katawan | PA 977-429 |
| Hinahanap-Hanap Kita | PA 946-555 |
| Hindi Magbabago | PA 736-467 |
| Hipag | PA 977-433 |
| Hiram | PA 1-207-170 |
| Homecoming | PA 1-304-642 |
| Hubad Sa Ilalim Ng Buwan | PA 994-343 |
| Hubog | PA 1-194-535 |
| Huling Sagupaan | PA 822-876 |
| Huling Sayaw | PA 868-962 |
| Huwag Mo Nang Itanong | PA 848-674 |
| Huwag Na Huwag Kang Lalapit Darling | PA 924-618 |
| Huwag Po Huwag Po | PA 1-001-304 |
| I Think I'm In Love | PA 1-194-533 |
| I Will Always Love You | PA 1-318-407 |
| I Will Survive | PA 1-238-223 |
| Ibibigay Ko Ang Lahat | PA 967-456 |
| Ibulong Mo Sa Diyos | PA 870-797 |
| Ikaw Lang Ang Mamahalin (Camiguin) | PA 701-900 |
| Ikaw Pa, Eh Love Kita | PA 708-184 |
| Impakto | PA 791-305 |
| Init Ng Laman | PA 946-552 |
| Init Sa Tag-ulan | PA 827-223 |
| Ispiritista | PA 1-296-575 |
| Istokwa | PA 820-740 |
| Jacob | PA 850-691 |
| Junior Quiapo | PA 788-706 |
| Kahit Harangan Ng Bala | PA 758-684 |
| Kahit Hindi Turuan Ang Puso | PA 949-051 |
| Kahit Kailan | PA 836-212 |
| Kahit Mabuhay Kang Muli | PA 915-935 |
| Kahit Minsan Lang | PA 913-740 |
| Kahit Pader Gigibain Ko | PA 891-020 |
| Kailanman | PA 772-139 |
| Kalabit | PA 1-201-590 |
| Kamay Ni Eva | PA 788-710 |
| Kanang Kamay | PA 950-730 |
| Kapag Kumulo Ang Dugo | PA 991-055 |
| Kapag Tumibok Ang Puso | PA 1-373-103 |
| Kargado | PA 920-345 |
| Karibal | PA 1-238-224 |
| Kasangga Mo Ako Hanggang Sa Huling Laban | PA 871-636 |
| Katrina Halili's Fantasies | PA 1-351-170 |
| Kerida | PA 1-207-171 |
| Kirot Sa Puso | PA 913-742 |
| Kriminal Ng Baryo Concepcion | PA 465-456 |
| Kulayan Natin Ang Bukas | PA 903-004 |
| Kung Alam Mo Lang | PA 812-041 |
| Kung Marunong Kang Magdasal, Umpisahan Mo Na | PA 827-224 |
| Kuya | PA 1-216-907 |
| Lagot Ka Sa Kuya Ko | PA 1-332-573 |
| Lamat | PA 1-304-648 |

## TITLE LIST OF REGAL COPYRIGHTED PROGRAMS

| Title | Registration |
|---|---|
| Langit Sa Piling Mo | PA 850-433 |
| Let The Love Begin | PA 1-340-880 |
| Ligaw Liham | PA 1-592-665 |
| Ligaw Na Bala | PA 848-675 |
| Lipstik | PA 1-309-977 |
| Live Show | PA 1-194-532 |
| Lovestruck | PA 1-303-025 |
| Luksong Tinik | PA 788-707 |
| Magagandang Hayop | PA 984-367 |
| Magkaagaw | PA 967-457 |
| Mahal Kita Walang Iwanan | PA 987-334 |
| Mainit Na Bala | PA 924-548 |
| Makamandag Na Bala | PA 1-001-305 |
| Mama Dito Sa Aking Puso | PA 860-307 |
| Manananggal In Manila | PA 839-596 |
| Manay Po | PA 1-349-093 |
| Manay Po 2 | pending |
| Mano Mano 3 | PA 1-251-831 |
| Mano Po | PA 1-191-052 |
| Mano Po 2 | PA 1-219-388 |
| Mano Po 3 | PA 1-276-582 |
| Mano Po 5 | PA 1-368-665 |
| Mapusok | PA 984-366 |
| Markado | PA 966-993 |
| Masikip Masakit Mahapdi | PA 989-976 |
| Matang Agila | PA 836-652 |
| Medrano | PA 822-875 |
| Message Sent | PA 1-217-899 |
| Metlogs | pending |
| Mga Batang Bangketa | PA 1-341-065 |
| Minsan Ko Lang Sasabihin | PA 1-012-465 |
| Minsan Lamang Magmamahal | PA 851-387 |
| Minsan May Isang Puso | PA 1-194-531 |
| Minsan, Minahal Kita | PA 987-329 |
| Mister Mo, Lover Ko | PA 1-000-481 |
| Most Wanted | PA 1-012-830 |
| Mulawin | PA 1-318-406 |
| My Bestfriend's Girlfriend | pending |
| My Kuya's Wedding | pending |
| Nadine Schmidt: Pinoy Sex Video Fantasies | PA 1-315-908 |
| Nag-aapoy Na Laman | PA 994-341 |
| Nag-iinit Na Damdamin | PA 989-975 |
| Naglalayag | PA 1-264-311 |
| Nakaw Na Sandali | PA 862-893 |
| Nakawin Mo Ang Aking Puso | PA 850-692 |
| Nanggigigil Ako Sa Iyong...Kagandahan | PA 913-741 |
| Nasaan Ang Puso | PA 879-246 |
| Nasaan Ka Nang Kailangan Kita | PA 826-542 |
| Nikilado | PA 788-711 |
| No Read, No Write... Pero Wais! | PA 881-504 |
| Okey Ka Pare Ko | PA 1-304-647 |
| Once In A Blue Moon | PA 1-332-574 |

# 1. ...E LIST OF REGAL COPYRIGHTED PROGRAMS

| Title | Registration |
|---|---|
| Paano Kung Wala Ka Na | PA 847-565 |
| Pahiram Kahit Sandali | PA 924-545 |
| Pakisabi Na Lang Mahal Ko Siya | PA 1-194-539 |
| Pakners | PA 1-207-169 |
| Pakners | PA 848-673 |
| Palaban | PA 1-001-303 |
| Pamahiin | PA 1-341-064 |
| Pangarap Ng Puso | PA 1-012-467 |
| Pares-Pares Trip Ng Puso | PA 931-902 |
| Pasasabugin Ko Ang Mundo | PA 1-012-462 |
| Pa-Siyam | PA 1-304-645 |
| Pedrong Palad | PA 1-000-477 |
| Pempe Ni Sara At Pen | PA 699-262 |
| Pepeng Agimat | PA 986-218 |
| Pera O Bayong | PA 1-012-463 |
| Phone Sex | PA 967-512 |
| Pila Balde | PA 967-458 |
| Prosti | PA 1-207-570 |
| Pulis Probinsya 2 | PA 769-061 |
| Raket Ni Nanay | pending |
| Rampadora | PA 1-199-525 |
| Red Diaries | PA 1-294-530 |
| Rekados | pending |
| Rollerboys | PA 722-917 |
| Romano Sagrado | PA 676-191 |
| Rome & Juliet | pending |
| Sa Kabilugan Ng Buwan | PA 925-189 |
| Sa Kamay Ng Batas | PA 793-601 |
| Sa Ngalan Ng Pag-Ibig | PA 751-605 |
| Sa Paraiso Ni Efren | PA 991-053 |
| Sa Piling Ng Aswang | PA 986-214 |
| Sa Piling Ng Iba | PA 987-325 |
| Sa Piling Ng Mga Belyas | PA 1-201-595 |
| Sa 'Yo Lamang | PA 703-872 |
| Saan Nagtatago Si Happiness | pending |
| Sabado Ng Gabi, Linggo Ng Umaga | PA 967-005 |
| Sabel | PA 1-233-178 |
| Sagad Sa Init | PA 920-346 |
| Sagot Ko Ang Buhay Mo | PA 1-000-478 |
| Saksi Driver | PA 1-309-813 |
| Salawahang Damdamin | PA 920-347 |
| Sambahin Ang Ngalan Mo | PA 756-518 |
| Sana...Pag-Ibig Na | PA 765-457 |
| Sanib | PA 1-201-727 |
| Sarraza | PA 872-237 |
| Say That You Love Me | PA 1-304-643 |
| Selda 14 | PA 950-734 |
| Seroks | pending |
| Seth Corteza | PA 796-933 |
| Seventeen... So Kakal | PA 977-432 |
| Sex Scandal | PA 1-199-518 |
| Sgt. Larry Layar | PA 946-550 |

## THE LIST OF REGAL COPYRIGHTED PROGRAMS

| Title | Registration |
|---|---|
| Shake Rattle & Roll 5 | PA 736-457 |
| Shake Rattle & Roll 6 | PA 848-676 |
| Shake Rattle & Roll 9 | pending |
| Shake, Rattle & Roll 2K5 | PA 1-318-408 |
| Shake, Rattle & Roll 8 | PA 1-368-654 |
| Shame | PA 987-327 |
| Sigaw | PA 1-279-214 |
| Sige, Subukan Mo | PA 913-739 |
| Singles | PA 1-238-226 |
| Sisa | PA 949-042 |
| Sizzling Sex Scenes 1 | pending |
| Sizzling Sex Scenes 2 | PA 1-312-217 |
| Sizzling Sex Scenes 3 | PA 1-341-062 |
| So Happy Together | PA 1-275-624 |
| Super Noypi | PA 1-370-674 |
| Super Ranger Kids | PA 867-337 |
| Suspek | PA 984-364 |
| Tagos Sa Laman | PA 782-216 |
| Taguan | PA 791-306 |
| Talamak | PA 1-288-184 |
| Tar-san | PA 987-332 |
| Tatapatan Ko Ang Lakas Mo | PA 948-541 |
| Tatlong Kasalanan | PA 788-709 |
| Terrorist Hunter | PA 1-341-063 |
| Testigo | PA 1-012-460 |
| The Marita Gonzaga Story | PA 782-226 |
| The Promise | PA 1-385-414 |
| Tiyanaks | PA 1-589-601 |
| Tugatog | PA 1-001-306 |
| Tunay Na Mahal | PA 1-000-480 |
| TXT | PA 1-366-903 |
| U Belt | PA 1-219-439 |
| Uno | PA 1-340-879 |
| Vampira | VAU 314-182 |
| Walang Katumbas Ang Dugo | PA 915-930 |
| Wang Wang (Buhay Bombero) | PA 871-638 |
| Weder Weder | PA 989-977 |
| White Lady | PA 1-369-968 |
| Wow, Multo! | PA 839-602 |
| Xerex | PA 1-199-288 |
| Yamashita | PA 1-201-753 |
| Yes, Darling | PA 841-249 |
| Zsa Zsa Zaturnnah | PA 1-376-186 |